UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JOHN R. WADE, III, SHARON WADE, JOHN WADE IV and TAYLOR WADE,<br><br>Plaintiffs,<br><br>v.<br><br>TRI-WIRE EMPLOYEE STOCK OPTION TRUST, SCOTT PERRY, ROBERT R. NEWELL, ROBERT LANDRY, DAVID GESMONDI, CAPITAL TRUSTEES, LLC, SPINNAKER TRUST, ROBERT GOULD, JEANINE PENDERGAST, EMPIRE VALUATION CONSULTANTS, LLC, SES WINDING UP CORPORATION f/k/a SES ADVISORS, INC., SES ESOP STRATEGIES, LLC, as successor to SES ADVISORS, INC., BELLMARK PARTNERS, LLC, JOHN MARSH, LORI WENETTA, and RUBEN KLEIN,<br><br>Defendants. | Civil Action No. 20-10523 |

**DEFENDANT CAPITAL TRUSTEES, LLC'S ASSENTED TO
MOTION TO EXTEND TIME TO ANSWER**

Defendant Capital Trustees, LLC ("Defendant" or "Capital") hereby respectfully moves the Court for an extension to answer Plaintiffs John R. Wade, III, Sharon Wade, John Wade IV and Taylor Wade's (collectively, "Plaintiffs") Complaint for forty-five (45) days to June 1, 2020 (the "Motion").

Plaintiffs filed their Complaint on March 16, 2020 alleging various claims against Defendant. Defendants request an extension forty-five (45) days to answer the Complaint that was recently served on Defendant. Plaintiffs' counsel has assented to the Motion.

WHEREFORE, Defendant respectfully requests that this motion be GRANTED and the time to answer the Complaint is extended to June 1, 2020.

                                              Respectfully submitted,
                                              **CAPITAL TRUSTEES, LLC**
                                              By its attorneys,

                                              /s/    Kenneth B. Walton
                                              Kenneth B. Walton (BBO No. 562174)
                                              Ken.Walton@lewisbrisbois.com
                                              **LEWIS BRISBOIS BISGAARD & SMITH LLP**
                                              One International Place, 3rd Floor
                                              Boston, MA 02110
                                              T: 857-313-3950
                                              F: 857-313-3951

Dated:  April 15, 2020

## **CERTIFICATE OF SERVICE**

      I, Kenneth B. Walton, hereby certify that on April 15, 2020, a true and correct copy of the within document was served on all parties via the Electronic Case Filing System.

      /s/    Kenneth B. Walton
      Kenneth B. Walton