UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JOHN R. WADE, III, SHARON WADE, JOHN WADE IV and TAYLOR WADE, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Civil Action No. 20-10523 |
| TRI-WIRE EMPLOYEE STOCK OPTION TRUST, SCOTT PERRY, ROBERT R. NEWELL, ROBERT LANDRY, DAVID GESMONDI, CAPITAL TRUSTEES, LLC, SPINNAKER TRUST, ROBERT GOULD, JEANINE PENDERGAST, EMPIRE VALUATION CONSULTANTS, LLC, SES WINDING UP CORPORATION f/k/a SES ADVISORS, INC., SES ESOP STRATEGIES, LLC, as successor to SES ADVISORS, INC., BELLMARK PARTNERS, LLC, JOHN MARSH, LORI WENETTA, and RUBEN KLEIN, | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**ASSENTED-TO MOTION FOR EXTENSION
OF TIME FOR DEFENDANTS BELLMARK PARTNERS, LLC
AND DAVID GESMONDI TO RESPOND TO COMPLAINT**

Defendants BellMark Partners, LLC and David Gesmondi hereby move for an extension of time within which to answer or otherwise respond to Plaintiffs' complaint to and including June 15, 2020.

Plaintiffs' counsel has assented to this motion.

1

Respectfully submitted,

BELLMARK PARTNERS, LLC and
DAVID GESMONDI

By their Attorneys,

/s/ Joseph A. Farside, Jr.
Joseph A. Farside, Jr. (#667187)
Krystle G. Tadesse (BBO # 673899)
LOCKE LORD LLP
2800 Financial Plaza
Providence, RI 02903-2499
401.274.9200
401.276.6611 (fax)
joseph.farside@lockelord.com
krystle.tadesse@lockelord.com

Date: May 4, 2020

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 4th day of May, 2020, this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be mailed to those indicated as non-registered participants following service.

/s/ Joseph A. Farside, Jr.