# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN R. WADE, III, SHARON WADE, JOHN WADE IV, and TAYLOR WADE,<br><br>        Plaintiffs,<br>  v.<br><br>TRI-WIRE EMPLOYEE STOCK OPTION TRUST, SCOTT PERRY, ROBERT R. NEWELL, ROBERT LANDRY, DAVID GESMONDI, CAPITAL TRUSTEES, LLC, SPINNAKER TRUST, ROBERT GOULD, JEANINE PENDERGAST, EMPIRE VALUATION CONSULTANTS, LLC, SES WINDING UP CORPORATION f/k/a SES ADVISORS, INC., SES ESOP STRATEGIES, LLC, as successor to SES ADVISORS, INC., BELLMARK PARTNERS, LLC, JOHN MARSH, LORI WENETTA, and RUBEN KLEIN,<br>                   Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 1:20-cv-10523-DLC<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **NOTICE OF APPEARANCE**

Please enter the appearance of Nicholas Ramacher, Esq. of Donnelly, Conroy & Gelhaar, LLP as counsel for defendants Scott Perry, Robert R. Newell, Robert Landry, Ruben Klein, John Marsh and Lori Wenetta in the above-captioned matter.

Dated: June 8, 2020

Respectfully submitted,

SCOTT PERRY, ROBERT R. NEWELL, ROBERT LANDRY, RUBEN KLEIN, JOHN MARSH and LORI WENETTA

By their attorneys,

 /s/ Nicholas Ramacher
Nicholas Ramacher (BBO# 680258)
**DONNELLY, CONROY & GELHAAR, LLP**
260 Franklin Street, Suite 1600
Boston, Massachusetts 02110
(617) 720-2880 (T)
njr@dcglaw.com

1

## **CERTIFICATE OF SERVICE**

      I, Nicholas Ramacher, hereby certify that the foregoing document was filed through the ECF system and will therefore be sent electronically to all counsel of record as identified on the Notice of Electronic Filing (NEF).

                                            */s/ Nicholas Ramacher*
                                              Nicholas Ramacher