UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
JOHN R. WADE, III, SHARON WADE, JOHN       )
WADE IV, and TAYLOR WADE,                  )
                                           )
           Plaintiffs,                   )
v.                                         )
                                           )
TRI-WIRE EMPLOYEE STOCK OPTION             )
TRUST, SCOTT PERRY, ROBERT R. NEWELL,      )
ROBERT LANDRY, DAVID GESMONDI,             )   Civil Action No. 1:20-cv-10523-DLC
CAPITAL TRUSTEES, LLC, SPINNAKER           )
TRUST, ROBERT GOULD, JEANINE               )
PENDERGAST, EMPIRE VALUATION               )
CONSULTANTS, LLC, SES WINDING UP           )
CORPORATION f/k/a SES ADVISORS, INC.,      )
SES ESOP STRATEGIES, LLC, as successor to  )
SES ADVISORS, INC., BELLMARK               )
PARTNERS, LLC, JOHN MARSH, LORI            )
WENETTA, and RUBEN KLEIN,                  )
           Defendants.                   )
_____

**DEFENDANT SPINNAKER TRUST'S MOTION FOR LEAVE TO FILE EXCESS PAGES IN ITS MOTION FOR JUDGMENT ON PLEADINGS**

Defendant Spinnaker Trust ("Spinnaker") respectfully requests that the Court grant this motion for excess pages so that it may file a motion for judgment on the pleadings that does not exceed thirty pages in length.

As further grounds for this motion, Spinnaker states as follows:

1. On March 16, 2020, Plaintiffs John R. Wade, III, Sharon Wade, John Wade, IV and Taylor Wade (together, "Plaintiffs") filed this action.

2. Plaintiffs' Complaint contains 362 numbered paragraphs that runs 82 pages, and attaches sixteen separate exhibits that run an additional 328 pages (410 pages in total).

3. The Complaint asserts fifteen separate counts against Spinnaker, which include claims for violations of the Racketeer Influenced and Corrupt Organizations Act (Counts I and XXII), fraud (Count II), violation of ERISA (Count III), breach of fiduciary duty (Count VI), civil conspiracy (Count XI), defamation and business defamation (Counts XII and XX), intentional interference with contractual relations (Counts XVI), wrongful termination in violation of public policy (Count XVIII), violations of M.G.L. ch. 93A (Count XIX), conversion (Count XXI), violation of the Computer Fraud and Abuse Act (Count XXIII), negligent misrepresentation (Count XXIV), and intentional interference with prospective economic advantage (Count XXV).

4. Spinnaker's response to the Complaint is due to be filed on Monday, June 15, 2020.

5. The requested additional pages are necessary to address the complex facts and law in Plaintiff's Complaint against Spinnaker.

6. Spinnaker believes that its motion for judgment on the pleadings will assist the Court in evaluating the relevant law and its application to the facts here.

7. There will be no undue prejudice to any party by the Court's allowance of the present motion. Plaintiffs do not oppose this motion.

WHEREFORE, Defendant Spinnaker Trust respectfully requests that the Court:

A. Allow this motion for leave to file excess pages, not to exceed ten additional pages and a total of thirty pages, in its motion for judgment on the pleadings to be filed on Monday, June 15, 2020; and

B. Grant such other relief as the Court deems just and appropriate.

Dated: June 10, 2020

Respectfully submitted,

SPINNAKER TRUST

By their attorneys,

*/s/ Nicholas B. Carter*
Nicholas B. Carter (BBO #561147)
*ncarter@toddweld.com*
**TODD & WELD LLP**
One Federal Street, 27th Floor
Boston, MA 02110
Tel: (617) 720-2626
Fax: (617) 227-5777

Scott J. Stitt
*(pro hac vice application pending)*
*scott.stitt@tuckerellis.com*
Chelsea Mikula
*(pro hac vice application pending)*
*Chelsea.Mikula@tuckerellis.com*
**Tucker Ellis LLP**
75 South Third Street, Suite 520
Columbus, OH 43215
Tel: (614) 358-9717
Fax: (614) 358-9712

## CERTIFICATE UNDER LOCAL RULE 7.1(A)(2)

Pursuant to Local Rule 7.1(A)(2), the undersigned hereby certifies that he has conferred with counsel for Plaintiffs concerning the subject matter of this motion and Plaintiffs do not oppose the motion.

*/s/ Nicholas B. Carter*
Nicholas B. Carter

## CERTIFICATE OF SERVICE

I, Nicholas B. Carter, Esq., hereby certify that the foregoing document was filed through the ECF system and will therefore be sent electronically to all counsel of record as identified on the Notice of Electronic Filing (NEF).

*/s/ Nicholas B. Carter*
Nicholas B. Carter