| | |
|---|---|
| **APPEARANCE**<br>JD-CL-12 Rev. 1-12<br>P.B. §§ 3-1 thru 3-6, 3-8, 10-13, 25A-2 | **STATE OF CONNECTICUT**<br>**SUPERIOR COURT**<br>www.jud.ct.gov |

**Instructions —** *See Back/Page 2*

### Notice To Self-Represented Parties
*A self-represented party is a person who represents himself or herself.* If you are a self-represented party and you filed an appearance before and you have since changed your address, you must let the court and all attorneys and self-represented parties of record know that you have changed your address by checking the box below:

☐ *I am filing this appearance to let the court and all attorneys and self-represented parties of record know that I have changed my address. My new address is below.*

| Return date | Docket number |
|---|---|
| Jun-09-2020 | HHB-CV-20-6059862-S |

**Name of case** *(Full name of Plaintiff vs. Full name of Defendant)*
MATTHEWS, THOMAS  v. HPT TA PROPERTIES TRUST Et Al

| [x] Judicial District | ☐ Housing Session | ☐ Small Claims | ☐ Geographic Area number ____ | Address of Court *(Number, street, town and zip code)*<br>20 FRANKLIN SQUARE NEW BRITAIN, CT 06051 |
|---|---|---|---|---|

Scheduled Court date *(Criminal/Motor Vehicle Matters)*

## Please Enter the Appearance of

| Name of self-represented party *(See "Notice to Self-Represented Parties" at top)*, or name of official, firm, professional corporation, or individual attorney<br>**HUGH REAGAN CURRAN** | Juris number of attorney or firm<br>**402057** |
|---|---|

**Mailing Address** *(Number, street) (Notice to attorneys and law firms - The address to which papers will be mailed from the court is the one registered or affiliated with your juris number. That address cannot be changed in this form.)*

| Mailing Address | Post office box | Telephone number *(Area code first)* |
|---|---|---|
| 300 MARKET STREET | | 617-254-8900 |

| City/town | State | Zip code | Fax number *(Area code first)* | E-mail address |
|---|---|---|---|---|
| BRIGHTON | MA | 02135 | 617-254-5522 | hcurran@bletzerlaw.com |

**in the case named above for:** *("x" one of the following parties; if this is a Family Matters case, also indicate the scope of your appearance)*

☐ The Plaintiff *(includes the person suing another person).*
☐ All Plaintiffs.
☐ The following Plaintiff(s) only: _____
☐ The Defendant *(includes the person being sued or charged with a crime).*
☐ The Defendant for the purpose of the bail hearing only *(in criminal and motor vehicle cases only).*
[x] All Defendants.
☐ The following Defendant(s) only: _____
☐ Other *(Specify):*
☐ This is a Family Matters case and my appearance is for: *("x" one or both)*
   ☐ matters in the Family Division of the Superior Court   ☐ Title IV-D Child Support matters

*Note: If other counsel or a self-represented party has already filed an appearance for the party or parties "x'd" above, put an "x" in box 1 or 2 below:*

1. ☐ This appearance is in place of the appearance of the following attorney, firm or self-represented party on file *(P.B. Sec. 3-8):* _____
   *(Name and Juris Number)*

2. ☐ This appearance is in addition to an appearance already on file.

**I agree to accept papers (service) electronically in this case under Practice Book Section 10-13**   ☐ Yes   [x] No

| Signed *(Individual attorney or self-represented party)* | Name of person signing at left *(Print or type)* | Date signed |
|---|---|---|
| ▶ 402057 | HUGH REAGAN CURRAN | Jun 09 2020 |

## Certification
I certify that a copy of this document was mailed or delivered electronically or non-electronically on *(date)* **Jun 09 2020** to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties receiving electronic delivery.

Name and address of each party and attorney that copy was mailed or delivered to*
MINNELLA TRAMUTA & EDWARDS - 40 MIDDLEBURY ROAD/MIDDLEBURY, CT 06762

*For Court Use Only*

| Signed *(Signature of filer)* | Print or type name of person signing | Date signed | Telephone number |
|---|---|---|---|
| ▶ 402057 | HUGH REAGAN CURRAN | Jun 09 2020 | 617-254-8900 |

*If necessary, attach an additional sheet or sheets with the name of each party and the address which the copy was mailed or delivered to.

**Continuation of JDCL12 Appearance Form for HHB-CV-20-6059862-S**

**Submitted By HUGH REAGAN CURRAN (402057)**

**Additional Party(ies) (Continued from JDCL12)**

**For these party(ies)**

Pty# D-01 HPT TA PROPERTIES TRUST

Pty# D-02 TA OPERATING, LLC

***** End of Party List *****