UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN R. WADE, III, SHARON WADE, JOHN WADE IV and TAYLOR WADE,        Plaintiffs,<br><br>v.<br><br>TRI-WIRE EMPLOYEE STOCK OPTION TRUST, SCOTT PERRY, ROBERT R. NEWELL, ROBERT LANDRY, DAVID GESMONDI, CAPITAL TRUSTEES, LLC, SPINNAKER TRUST, ROBERT GOULD, JEANINE PENDERGAST, EMPIRE VALUATION CONSULTANTS, LLC, SES WINDING UP CORPORATION f/k/a SES ADVISORS, INC., SES ESOP STRATEGIES, LLC, as successor to SES ADVISORS, INC., BELLMARK PARTNERS, LLC, JOHN MARSH, LORI WENETTA, and RUBEN KLEIN,        Defendants. | Civil Action No. 20-10523 |

## DEFENDANTS' BELLMARK PARTNERS, LLC AND DAVID GESMONDI MOTION FOR LEAVE TO FILE EXCESS PAGES

Defendants BellMark Partners, LLC ("BellMark") and David Gesmondi ("Gesmondi") hereby move for leave to file a memorandum of law in support of their motion to dismiss in excess of the 20-page limit (36-pages). As grounds therefor, BellMark and Gesmondi state as follows:

1. Plaintiffs' *Complaint* contains 362 numbered paragraphs that span 82 pages and attaches sixteen separate exhibits that are an additional 328 pages.

2. The Complaint alleges eighteen causes of action against BellMark and Gesmondi: violations of the Racketeer Influenced and Corrupt Organizations Act (Counts I and XXII); Fraud (Count II); Breach of Fiduciary Duty (Count VI); Knowing Participation of Breach of Fiduciary Duty (Count V); Breach of Fiduciary Duties

1

under Common Law (Count VII); Waste Mismanagement and Misappropriation of Corporate Assets (Count VIII); Unjust Enrichment (Count IX); Civil Conspiracy (Count XI); Defamation and Business Defamation (Count XII and XX); Tortious Interference (Count XVI); Wrongful Termination (Count XVIII); violation of the Deceptive Trade Practices, Chapter 93A (Count XIX); Conversion (Count XXI); Computer and Fraud Abuse (Count XXIII); Negligent Misrepresentation (Count XXIV); and Intentional Interference with Prospective Economic Advantage (Count XXV).

3. BellMark and Gesmondi's response to the *Complaint* is due Monday, June 15, 2020.

4. The additional pages are necessary to address the complex facts and law in the *Complaint*.

5. There will be no undue prejudice to any party if this motion is allowed. Plaintiffs do not oppose this motion.

WHEREFORE, BellMark and Gesmondi respectfully request that the Court allow their motion for leave to file a 36-page memorandum of law in support of their motion to dismiss.

83053629v.1

Respectfully submitted,

BELLMARK PARTNERS, LLC and
DAVID GESMONDI

By their Attorneys,

/s/ Joseph A. Farside, Jr.
Joseph A. Farside, Jr. (BBO #667187)
Krystle G. Tadesse (BBO #673899)
LOCKE LORD LLP
2800 Financial Plaza
Providence, RI 02903-2499
401.274.9200
401.276.6611 (fax)
joseph.farside@lockelord.com
krystle.tadesse@lockelord.com

Date: June 15, 2020

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 15th day of June, 2020, this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be mailed to those indicated as non-registered participants following service.

/s/ Joseph A. Farside, Jr.