UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN R. WADE, III, SHARON WADE, JOHN WADE IV, and TAYLOR WADE,<br><br>         Plaintiffs,<br>   v.<br><br>TRI-WIRE EMPLOYEE STOCK OPTION TRUST, SCOTT PERRY, ROBERT R. NEWELL, ROBERT LANDRY, DAVID GESMONDI, CAPITAL TRUSTEES, LLC, SPINNAKER TRUST, ROBERT GOULD, JEANINE PENDERGAST, EMPIRE VALUATION CONSULTANTS, LLC, SES WINDING UP CORPORATION f/k/a SES ADVISORS, INC., SES ESOP STRATEGIES, LLC, as successor to SES ADVISORS, INC., BELLMARK PARTNERS, LLC, JOHN MARSH, LORI WENETTA, and RUBEN KLEIN,<br>         Defendants. | Civil Action No. 1:20-cv-10523-DLC |

## DECLARATION OF RUBEN KLEIN

I, Ruben Klein, declare as follows:

1. I am the Chief Financial Officer ("CFO") of Tri-Wire Engineering Solutions, Inc. (the "Company") and have been so employed since October 2018. I make this declaration based upon my personal knowledge.

2. In my capacity as CFO of the Company I am familiar with the Tri-Wire Employee Stock Ownership Plan, a true and correct copy of which is attached hereto as Exhibit A.

3. Each year, the administrator of the Tri-Wire Employee Stock Ownership Plan (the "ESOP") provides to the Company an allocation report, showing, among other things, the allocation of Company stock in the ESOP.

4. Attached hereto as Exhibit B is a true and correct copy of excerpts of the Tri-Wire Employee Stock Ownership Plan Annual Allocation Report as of December 31, 2016.

1

5. Attached hereto as <u>Exhibit C</u> is a true and correct copy of excerpts of the Tri-Wire Employee Stock Ownership Plan Annual Allocation Report as of December 31, 2017.

6. Attached hereto as <u>Exhibit D</u> is a true and correct copy of excerpts of the Tri-Wire Employee Stock Ownership Plan Annual Allocation Report as of December 31, 2018.

7. The pages included within <u>Exhibit B</u>, <u>Exhibit C</u> and <u>Exhibit D</u> reflect that as of December 31, 2016, December 31, 2017 and December 31, 2018, respectively, Plaintiffs John R. Wade, III, Sharon Wade, Taylor Wade and John R. Wade, IV ("Plaintiffs") received no allocations of Tri-Wire stock in connection with the ESOP and were ineligible to receive any such allocations.

8. Information concerning other employees' participation in the ESOP has been redacted from <u>Exhibit B</u>, <u>Exhibit C</u> and <u>Exhibit D</u> to protect those employees' privacy interests, and additional pages not relevant to Plaintiffs' non-participation in the ESOP have been omitted (each report, in full, is in excess of 400 pages).

9. The Tri-Wire Employee Stock Ownership Plan Allocation Report for the year ended December 31, 2019 is not yet complete. However, in my capacity as CFO of the Company, I am aware of allocations of Tri-Wire stock in the ESOP for the year ending December 31, 2019, and am aware that Plaintiffs received no such allocations.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: June 11, 2020
       Newburyport, Mass.

_____
Ruben Klein

## **CERTIFICATE OF SERVICE**

     I, Timothy H. Madden, Esq., hereby certify that the foregoing document was filed through the ECF system and will therefore be sent electronically to all counsel of record as identified on the Notice of Electronic Filing (NEF).

                                                        */s/ Timothy H. Madden*
                                                          Timothy H. Madden