IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN R. WADE, III, SHARON WADE, JOHN WADE IV, AND TAYLOR WADE,<br><br>Plaintiffs,<br><br>v.<br><br>TRI-WIRE EMPLOYEE STOCK OPTION TRUST, SCOTT PERRY, ROBERT R. NEWELL, ROBERT LANDRY, DAVID GESMONDI, CAPITAL TRUSTEES, LLC, SPINNAKER TRUST, ROBERT GOULD, JEANNINE PENDERGAST, EMPIRE VALUATION CONSULTANTS, LLC, SES WINDING UP CORPORATION F/K/A SES ADVISORS, INC., SES ESOP STRATEGIES, LLC, AS SUCCESSOR TO SES ADVISORS, INC., BELLMARK PARTNERS, LLC, JOHN MARSH, LORI WENETTA, AND RUBEN KLEIN,<br><br>Defendants. | CASE NO. 1:20-cv-10523-DLC<br><br>MAGISTRATE JUDGE DONALD L. CABELL<br><br>**DEFENDANTS JEANNINE PENDERGAST AND ROBERT GOULD'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM** |

Defendants Jeannine Pendergast and Robert Gould ("Pendergast" and "Gould"), pursuant to Federal Rule of Civil Procedure 12(b)(6), hereby move to dismiss for failure to state a claim. Plaintiff's claims against Pendergast and Gould should be dismissed for the same reasons set forth in their employer's, Defendant Spinnaker's, Motion for Judgment on the Pleadings. Pendergast and Gould therefore incorporate Defendant Spinnaker's Motion for Judgment on the Pleadings (and Memorandum) in support of this Motion.

In addition, Pendergast and Gould move to dismiss because they are not proper defendants to the ERISA claims. Because Gould and Pendergast were merely employees of the named fiduciary, Spinnaker, and not fiduciaries themselves, the ERISA claims against them must be dismissed as a matter of law.

A Memorandum in Support of this Motion is attached and incorporated herein by reference.

## **REQUEST FOR ORAL ARGUMENT**

Pursuant to Local Rule 7.1(d), Defendants Pendergast and Gould request oral argument on this motion.

Respectfully submitted,

/s/ *Nicholas B. Carter*
Nicholas B. Carter (BBO #561147)
TODD & WELD LLP
One Federal Street, 27th Floor
Boston, MA 02110
Tel:   (617) 720-2626
Fax:   (617) 227-5777
Email:   ncarter@toddweld.com

Scott J. Stitt (0073943)
TUCKER ELLIS LLP
175 S. Third St.
Suite 520
Columbus, OH 43215
Telephone:  614.358.9717
Facsimile:  614.358.9712
E-Mail:   scott.stitt@tuckerellis.com
(*pro hac vice* application pending)

Chelsea Mikula (0086453)
Tucker Ellis LLP
950 Main Avenue
Suite 1100
Cleveland, OH 44113
Tel:   216.592.5000
Fax:   216.592.5009
E-mail:   chelsea.mikula@tuckerellis.com
(*pro hac vice* application pending)

*Attorneys for Defendants Jeannine Pendergast and Robert Gould*

## **CERTIFICATE UNDER LOCAL RULE 7.1(a)(2)**

Pursuant to Local Rule 7.1(a)(2), undersigned counsel hereby certifies that he has conferred with counsel for Plaintiffs concerning the subject matter of this Motion but was unable to resolve or narrow the issues presented by this Motion.

/s/ Nicholas B. Carter
*One of the Attorneys for Defendants Jeannine Pendergast and Robert Gould*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 15, 2020, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Nicholas B. Carter
*One of the Attorneys for Defendants Jeannine Pendergast and Robert Gould*