UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JOHN R. WADE, III, SHARON WADE, | ) | |
| JOHN WADE IV and TAYLOR WADE, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 20-10523 |
| | ) | |
| TRI-WIRE EMPLOYEE STOCK OPTION | ) | |
| TRUST, SCOTT PERRY, ROBERT R. NEWELL, | ) | |
| ROBERT LANDRY, DAVID GESMONDI, | ) | |
| CAPITAL TRUSTEES, LLC, SPINNAKER | ) | |
| TRUST, ROBERT GOULD, JEANINE | ) | |
| PENDERGAST, EMPIRE VALUATION | ) | |
| CONSULTANTS, LLC, SES WINDING UP | ) | |
| CORPORATION f/k/a SES ADVISORS, INC., | ) | |
| SES ESOP STRATEGIES, LLC, | ) | |
| as successor to SES ADVISORS, INC., | ) | |
| BELLMARK PARTNERS, LLC, JOHN MARSH, | ) | |
| LORI WENETTA, and RUBEN KLEIN, | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS BELLMARK PARTNERS, LLC
## AND DAVID GESMONDI'S MOTION TO DISMISS

Defendants BellMark Partners, LLC and David Gesmondi hereby move to dismiss the

*Complaint and Jury Demand* filed by plaintiffs John R. Wade, III, Sharon Wade, John Wade IV

and Taylor Wade pursuant to *Fed. R. Civ. P.* 8, 12(b)(1) and 12(b)(6).

A supporting Memorandum is filed herewith.

83056224v.1

Respectfully submitted,

BELLMARK PARTNERS, LLC and
DAVID GESMONDI

By their Attorneys,

/s/ Joseph A. Farside, Jr.
Joseph A. Farside, Jr. (#667187)
Krystle G. Tadesse (BBO # 673899)
LOCKE LORD LLP
2800 Financial Plaza
Providence, RI 02903-2499
401.274.9200
401.276.6611 (fax)
joseph.farside@lockelord.com
krystle.tadesse@lockelord.com

Date: June 15, 2020


## LOCAL RULE 7.1 CERTIFICATION

Pursuant to *Local Rule* 7.1(a)(2), undersigned counsel for Defendants states that he has

attempted in good faith to resolve or narrow the issues for resolution.


## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 15th day of June, 2020, this document, filed
through the ECF system, will be sent electronically to the registered participants as identified on
the Notice of Electronic Filing (NEF), and paper copies will be mailed to those indicated as non-
registered participants following service.

/s/ Joseph A. Farside, Jr.

83056224v.1