# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

### CIVIL ACTION NO. 1:20-cv-10523-DLC

JOHN R. WADE, III, SHARON WADE, )
JOHN WADE, IV, and TAYLOR WADE )
    **Plaintiffs** )
     )
     )
**vs.** )
TRI-WIRE EMPLOYEE STOCK )
OPTON TRUST, SCOTT PERRY, )
ROBERT R. NEWELL, ROBERT )
LANDRY, DAVID GESMONDI, )
CAPITAL TRUSTEES, LLC, )
SPINNAKER TRUST, ROBERT GOULD )
JEANINE PENDERGAST, EMPIRE )
VALUATION CONSULTANTS, LLC, )
SES WINDING UP CORPORATION )
f/k/a SES ADVISORS, INC., SES ESOP )
STRATEGIES, LLC, as successor to )
SES ADVISORS, INC., BELLMARK )
PARTNERS, LLC, JOHN MARSH, )
LORI WENETTA and RUBEN KLEIN, )
    **Defendants** )

## CAPITAL TRUSTEES, LLC'S ASSENTED-TO MOTION TO ADMIT BRIAN P. MUETHING AS COUNSEL PRO HAC VICE

NOW COMES, Conrad J. Bletzer, Jr., who represents Capital Trustees, LLC in the above-captioned matter, pursuant to Local Rule 83.5.3(b) of the Locals Rules of the United States District Court for the District of Massachusetts, being duly admitted to practice before this Court, and respectfully moves that attorney Brian P. Muething of Keating Muething & Klekamp, PLL, One East 4th Street, Suite 1400, Cincinnati, OH, 45202, be admitted to appear in practice *pro hac vice* in the above-captioned matter as counsel for Capital Trustees, LLC. Said Attorney Muething is a member in good standing of the bars to which he is admitted, is not the subject of disciplinary proceedings pending in any jurisdiction in which he is a

member of the bar, has not previously had a *pro hac vice* admission revoked for misconduct, and has read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts. Their Rule 83.5.3(3)(3) signed certifications are attached to this motion.

WHEREFORE, Capital Trustees, LLC respectfully requests that this Honorable Court allow its motion and permit Brian P. Muething to be admitted *pro hac vice* for the purpose of representing Capital Trustees, LLC in this matter.

**DEFENDANT,**
By Its Attorney,


*/s/ Conrad J. Bletzer, Jr.*
_____

Conrad J. Bletzer, Jr. (BBO# 045760)
Bletzer & Bletzer, PC
300 Market Street
Brighton, MA 02135
(617) 254-8900

Dated: June 15, 2020

## CERTIFICATE UNDER LOCAL RULE 7.1(A)(2)

Pursuant to Local Rule 7.1(A)(2), the undersigned hereby certifies that all counsel of record have assented to this motion.

*/s/ Conrad J. Bletzer, Jr.*

Conrad J. Bletzer, Jr.

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing document has been served upon all counsel of record, this 15th day of June, 2020, via the Court's electronic ECF filing system.

*/s/ Conrad J. Bletzer, Jr.*

Conrad J. Bletzer, Jr.

JOHN R. WADE, III, SHARON WADE, JOHN ) 
WADE IV, and TAYLOR WADE, )
)
Plaintiffs, )
v. )
)
TRI-WIRE EMPLOYEE STOCK OPTION )
TRUST, SCOTT PERRY, ROBERT R. NEWELL, )
ROBERT LANDRY, DAVID GESMONDI, )      Civil Action No. 1:20-cv-10523-DLC
CAPITAL TRUSTEES, LLC, SPINNAKER )
TRUST, ROBERT GOULD, JEANINE )
PENDERGAST, EMPIRE VALUATION )
CONSULTANTS, LLC, SES WINDING UP )
CORPORATION f/k/a SES ADVISORS, INC., )
SES ESOP STRATEGIES, LLC, as successor to )
SES ADVISORS, INC., BELLMARK )
PARTNERS, LLC, JOHN MARSH, LORI )
WENETTA, and RUBEN KLEIN, )
Defendants. )

## AFFIDAVIT OF BRIAN P. MUETHING

I, Brian P. Muething, hereby state and affirm as follows:

1. I am an attorney with the firm of Keating Muething & Klekamp, PLL, One East 4th Street, Suite 1400, Cincinnati, OH, 45202. I am admitted to practice in the bars of the State of Ohio, the U.S. Court of Appeals for the Third Circuit, the U.S. Court of Appeals for the Sixth Circuit, the U.S. Court of Appeals for the Seventh Circuit, the U.S. District Court for the Southern District of Ohio, the U.S. District Court for the Northern District of Ohio, the U.S. District Court for the Northern District of Illinois and the U.S. District Court for the Eastern District of Wisconsin.

2. I am a member in good standing of the bars to which I am admitted.

3. I am not the subject of disciplinary proceedings pending in any jurisdiction in which I am a member of the bar.

4. I have not previously had a *pro hac vice* admission revoked for misconduct.

5. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

6. Capital Trustees, LLC has requested that I represent it in the above-captioned matter. I am familiar with the facts and law relevant to the claims and defenses in this action.

Signed under the pains and penalties of perjury this 15 day of June, 2020.