**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| JOHN R. WADE, III, SHARON WADE, JOHN WADE IV, and TAYLOR WADE,<br><br>Plaintiffs,<br>v.<br><br>TRI-WIRE EMPLOYEE STOCK OPTION TRUST, SCOTT PERRY, ROBERT R. NEWELL, ROBERT LANDRY, DAVID GESMONDI, CAPITAL TRUSTEES, LLC, SPINNAKER TRUST, ROBERT GOULD, JEANINE PENDERGAST, EMPIRE VALUATION CONSULTANTS, LLC, SES WINDING UP CORPORATION f/k/a SES ADVISORS, INC., SES ESOP STRATEGIES, LLC, as successor to SES ADVISORS, INC., BELLMARK PARTNERS, LLC, JOHN MARSH, LORI WENETTA, and RUBEN KLEIN,<br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 1:20-cv-10523-DLC<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**<u>TRI-WIRE ENGINEERING SOLUTIONS, INC.'S MOTION TO INTERVENE</u>**

Pursuant to Federal Rule of Civil Procedure 24, Tri-Wire Engineering Solutions, Inc. ("Tri-Wire" or the "Company") hereby respectfully moves to intervene in the above-captioned case.

Tri-Wire moves to intervene as of right pursuant to Federal Rule of Civil Procedure 24(a)(2), in that it has an interest in the transaction that is the subject of the Counterclaims asserted by Defendant/Plaintiff-in-Counterclaim Spinnaker Trust ("Spinnaker") against Plaintiff/Defendant-in-Counterclaim John Wade ("Wade").[1]  Tri-Wire intends to assert claims against Wade that are parallel to the claims asserted by Spinnaker, but which arise out of a separate and distinct contract to which the ESOP Trust is not a party and which therefore Spinnaker cannot sue to enforce.  In addition, Tri-Wire has a strong interest in the Counterclaims asserted by

---

[1] Spinnaker asserts Counterclaims against Wade in its capacity as the trustee of the Tri-Wire Employee Stock Ownership Trust (the "ESOP Trust"), which is the sole shareholder of the Company.

Spinnaker, because the outcome of those Counterclaims impacts Tri-Wire's ability to address damage caused to it as a result of Wade's fraud and misrepresentations in connection with the transaction at issue.

Spinnaker's counterclaims against Wade arise out of, *inter alia*, breaches of a December 30, 2016 Stock Purchase Agreement between Wade and the ESOP Trust, pursuant to which the ESOP Trust purchased 820,000 shares of Company stock from Wade for $20,500,000 cash.  Tri-Wire's claims against Wade arise out of, *inter alia*, breaches of a Stock Redemption Agreement of the same date between Wade and the Company pursuant to which the Company redeemed 700,000 shares of Company stock in exchange for notes in the amount of $17,500,000.  In reliance on the representations made in the foregoing agreements, Tri-Wire borrowed $20.5 million to finance the Transaction. Thus, disposing of Spinnaker's Counterclaims without permitting the Company to intervene in this action may as a practical matter impair or impede the Company's ability to protect its interests, and Spinnaker does not adequately represent the Company's interests in that it cannot sue to enforce the Stock Redemption Agreement and may not be permitted to reform or avoid the Company's obligations under its various loan agreements pursuant to which it financed the ESOP transaction.

Alternatively, the Company should be permitted to intervene pursuant to Rule 24(b)(2), in that its claims share common questions of law and fact with Spinnaker's Counterclaims.

In support of this Motion, Tri-Wire relies on the accompanying Memorandum of Law in Support of Tri-Wire Engineering Solutions, Inc.'s Motion to Intervene.

Tri-Wire's proposed Complaint against Wade is attached hereto as Exhibit A.

## **REQUEST FOR ORAL ARGUMENT**

Pursuant to Local Rule 7.1(d), Tri-Wire hereby requests oral argument on this Motion.

Dated:      June 19, 2020                          Respectfully submitted,

                                                   TRI-WIRE ENGINEERING SOLUTIONS,
                                                   INC.
                                                   */s/ Timothy H. Madden*
                                                   Timothy H. Madden (BBO# 654040)
                                                   Nicholas J. Ramacher (BBO# 680258)
                                                   DONNELLY, CONROY & GELHAAR, LLP
                                                   260 Franklin Street, Suite 1600
                                                   Boston, Massachusetts 02110
                                                   (617) 720-2880 (T)
                                                   (617) 720-3554 (F)
                                                   thm@dcglaw.com
                                                   njr@dcglaw.com

## CERTIFICATE UNDER LOCAL RULE 7.1(a)(2)

Pursuant to Local Rule 7.1(a)(2), undersigned counsel hereby certifies that he has conferred with counsel for John Wade concerning the subject matter of this Motion but was unable to resolve or narrow the issues presented by this Motion.

                                                   */s/ Timothy H. Madden*
                                                   Timothy H. Madden

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified in the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on June 19, 2020.

                                                   */s/ Timothy H. Madden*
                                                   Timothy H. Madden