IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN R. WADE, III, SHARON WADE, JOHN WADE IV, AND TAYLOR WADE,<br><br>Plaintiffs,<br><br>v.<br><br>TRI-WIRE EMPLOYEE STOCK OPTION TRUST, SCOTT PERRY, ROBERT R. NEWELL, ROBERT LANDRY, DAVID GESMONDI, CAPITAL TRUSTEES, LLC, SPINNAKER TRUST, ROBERT GOULD, JEANINE PENDERGAST, EMPIRE VALUATION CONSULTANTS, LLC, SES WINDING UP CORPORATION F/K/A SES ADVISORS, INC., SES ESOP STRATEGIES, LLC, AS SUCCESSOR TO SES ADVISORS, INC., BELLMARK PARTNERS, LLC, JOHN MARSH, LORI WENETTA, AND RUBEN KLEIN,<br><br>Defendants. | CASE NO. 1:20-cv-10523-DLC<br><br>MAGISTRATE JUDGE DONALD L. CABELL<br><br>**ASSENTED-TO MOTION OF DEFENDANT TRI-WIRE EMPLOYEE STOCK OPTION TRUST FOR SECOND EXTENSION TO RESPOND TO COMPLAINT** |

Defendant Tri-Wire Employee Stock Ownership Trust, which is named in the Complaint as the Tri-Wire Employee Stock Option Trust (the "ESOT"), hereby moves for a second extension to respond to the Complaint of Plaintiffs John R. Wade, III, Sharon Wade, John Wade IV, and Taylor Wade ("Plaintiffs"). Plaintiffs have assented to this motion which requests a further extension of three weeks. As grounds for this motion, the ESOT states as follows:

1. Plaintiffs' Complaint identified Tri-Wire Employee Stock *Option* Trust as a defendant in the Complaint. However, the ESOT's actual name is the Tri-Wire Employee Stock *Ownership* Trust. The ESOT has suggested to Plaintiffs that the parties enter a stipulation as follows:

> Plaintiffs and the ESOT agree that the ESOT should not be required to respond to the Complaint in this action at this time, and that the ESOT should remain a party in this action for the purpose of ensuring complete relief among the parties. The parties reserve their right to petition the Court to require a response by the ESOT if the circumstances

so require it.

2. The purpose of the stipulation is to ensure complete relief, while not involving another party in pleadings if unnecessary.

3. Plaintiffs are considering the proposed stipulation.

4. The parties have agreed to a further extension of three weeks to provide Plaintiffs with adequate time to evaluate the proposed stipulation and for the ESOT to respond to the Complaint if the stipulation is not agreed to.

5. Plaintiffs have assented to this request.

WHEREFORE, Defendant Tri-Wire Employee Stock Ownership Trust respectfully requests that this Court:

A. Allow this motion for a three-week extension until July 13, 2020 for the ESOT to respond to the Complaint;

B. Grant such further relief as the Court deems just and appropriate.

Respectfully submitted,

/s/ *Nicholas B. Carter*
Nicholas B. Carter (BBO #561147)
TODD & WELD LLP
One Federal Street, 27th Floor
Boston, MA 02110
Tel: (617) 720-2626
Fax: (617) 227-5777
Email: ncarter@toddweld.com

Scott J. Stitt (0073943)
TUCKER ELLIS LLP
175 S. Third St.
Suite 520
Columbus, OH 43215
Telephone: 614.358.9717
Facsimile: 614.358.9712
E-Mail: scott.stitt@tuckerellis.com
(*pro hac vice* application pending)

Chelsea Mikula (0086453)
Tucker Ellis LLP
950 Main Avenue
Suite 1100
Cleveland, OH 44113
Tel: 216.592.5000
Fax: 216.592.5009
E-mail: chelsea.mikula@tuckerellis.com
(*pro hac vice* application pending)

*Attorneys for Defendant Tri-Wire Employee Stock Ownership Trust*

## **CERTIFICATE UNDER LOCAL RULE 7.1(a)(2)**

Pursuant to Local Rule 7.1(a)(2), undersigned counsel hereby certifies that he has conferred with counsel for Plaintiffs concerning the subject matter of this Motion and counsel for Plaintiffs has assented to the requested relief.

/s/ Nicholas B. Carter
*One of the Attorneys for Defendant Tri-Wire*
*Employee Stock Ownership Trust*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 22, 2020, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Nicholas B. Carter
*One of the Attorneys for Defendant Tri-Wire*
*Employee Stock Ownership Trust*