UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN R. WADE, III, SHARON WADE, JOHN WADE IV, and TAYLOR WADE,<br><br>        Plaintiffs,<br>   v.<br><br>TRI-WIRE EMPLOYEE STOCK OPTION TRUST, SCOTT PERRY, ROBERT R. NEWELL, ROBERT LANDRY, DAVID GESMONDI, CAPITAL TRUSTEES, LLC, SPINNAKER TRUST, ROBERT GOULD, JEANINE PENDERGAST, EMPIRE VALUATION CONSULTANTS, LLC, SES WINDING UP CORPORATION f/k/a SES ADVISORS, INC., SES ESOP STRATEGIES, LLC, as successor to SES ADVISORS, INC., BELLMARK PARTNERS, LLC, JOHN MARSH, LORI WENETTA, and RUBEN KLEIN,<br>                              Defendants. | Civil Action No. 1:20-cv-10523-DLC |

**NOTICE OF APPEARANCE**

      Comes now the undersigned, Jacob D. Rhode and enters his appearance as counsel of record for the Defendant Capital Trustees LLC.

Dated: June 26, 2020

*/s/ Jacob D. Rhode*
Jacob D. Rhode (*pro hac vice*)
KEATING MUETHING & KLEKAMP PLL
One E. 4th Street, Suite 1400
Cincinnati, OH  45202
Tel:  (513) 579-6400
Fax:  (513) 579-6457
bmuething@kmklaw.com

*Attorney for Defendant Capital Trustees LLC*

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing document has been served upon all counsel of record, this 26th day of June, 2020, via the Court's electronic ECF filing system.

/s/ Jacob D. Rhode
Jacob D. Rhode (*pro hac vice*)

10086961.1