UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| SPINNAKER TRUST and TRI-WIRE ENGINEERING SOLUTIONS, INC.<br><br>Counter Claimants,<br><br>v.<br><br>JOHN R. WADE, III<br><br>Counter Defendant. | ) | CIVIL ACTION NO.<br>20-CV-10523-LTS |

**CERTIFICATION OF ANDREW K. GLENN IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE***

Pursuant to Local Rule 83.5.3 of the United States District Court for the District of Massachusetts, I, Andrew K. Glenn, certify the following:

1. I am managing partner of the law firm Glenn Agre Bergman & Fuentes LLP.
2. I am a member in good standing of all the bars in which I have been admitted which include: (1) the State Bar of New York; (2) the U.S. Court of Appeals for the First Circuit; (3) the U.S. Court of Appeals for the Second Circuit; (4) the U.S. District Court for the Southern District of New York; and (5) the U.S. District Court for the Eastern District of New York.
3. I have not been disciplined by, and there are currently no pending disciplinary proceedings against me, in any jurisdiction to which I have been admitted generally, *pro hac vice*, or otherwise.
4. I have not previously had a *pro hac vice* admission to this Court (or other admission for a limited purpose) revoked for misconduct.

5. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

Dated: July 23, 2021
New York, New York

**Respectfully Submitted,**

*/s/ Andrew K. Glenn*
Andrew K. Glenn
aglenn@glennagre.com
**GLENN AGRE BERGMAN & FUENTES LLP**
55 Hudson Yards
20th Floor
New York, NY 10001
tel: (212)-358-5600