UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SPINNAKER TRUST and TRI-WIRE ENGINEERING SOLUTIONS, INC.,<br><br>    Counter Claimants,<br><br>v.<br><br>JOHN R. WADE, III<br><br>    Counter Defendant | CIVIL ACTION NO.<br>20-CV-10523-LTS |

### JOHN R. WADE, III'S MOTION FOR JUDGMENT ON THE PLEADINGS TO DISMISS COUNTERCLAIMS OF TRI-WIRE ENGINEERING SOLUTIONS, INC.

Pursuant to Federal Rule of Civil Procedure 12(c), Counter Defendant John R. Wade, III hereby moves to dismiss the remaining Counterclaims (Dkt. 121) of Counter Claimant Tri-Wire Engineering Solutions Inc.'s ("Tri-Wire") in their entirety and with prejudice. For the reasons stated in the accompanying Memorandum of Law in Support of Wade's Motion for Judgment on the Pleadings to Dismiss Tri-Wire's Counterclaims (the "Memorandum"), the Counterclaims should be dismissed entirely because, among other reasons articulated in the Memorandum, (1) the Counterclaims for Fraud/Fraudulent Inducement and Intentional Misrepresentation are barred as a matter of law by the doctrine of *in pari delicto*; and (2) the Counter Claim for Specific Performance is dependent on the Counterclaims for Fraud/Fraudulent Inducement and Intentional Misrepresentation.

**WHEREFORE**, Counter Defendant John R. Wade, III respectfully requests dismissal of the Counterclaims in their entirety and with prejudice.

### REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1 (d), Counter Defendant requests oral argument on its Motion for Judgment on the Pleadings to Dismiss Tri-Wire's Counterclaims.

| | |
|---|---|
| Date: August 20, 2021 | Respectfully submitted, |

                                                    /s/ Andrew K. Glenn
Andrew K. Glenn (*pro hac vice*)
Marissa E. Miller (*pro hac vice*)
GLENN AGRE BERGMAN & FUENTES LLP
55 Hudson Yards
20th Floor
New York, New York 10001
T: (212) 358-5699
aglenn@glennagre.com
mmiller@glennagre.com

Stephen D. Rosenberg [BBO #558415]
Jordan D. Mamorsky [BBO #705605]
WAGNER LAW GROUP, P.C.
99 Summer Street, 13th floor
Boston, Massachusetts 02110
tel:(617) 357-5200
fax:(617) 357-5250
srosenberg@wagnerlawgroup.com
jmamorsky@wagnerlawgroup.com

## LOCAL RULE 7.1 (A)(2) CERTIFICATE AND CERTIFICATE OF SERVICE

I, Andrew K. Glenn, hereby certify that counsel for the parties have conferred concerning the subject matter of this Motion prior to filing but were unable to resolve or narrow the issues in dispute.

I further certify that the foregoing documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 20th day of August 2021.

                                                                          /s/ Andrew K. Glenn