IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JOHN R. WADE, III, SHARON WADE, JOHN WADE IV, and TAYLOR WADE<br><br>    Plaintiffs,<br><br> v.<br><br>TRI-WIRE EMPLOYEE STOCK OWNERSHIP TRUST, TRI-WIRE ENGINEERING SOLUTIONS, INC., SCOTT PERRY, ROBERT R. NEWELL, ROBERT LANDRY, DAVID GESMONDI, CAPITAL TRUSTEES, LLC, SPINNAKER TRUST, ROBERT GOULD, JEANINE PENDERGAST, EMPIRE VALUATION CONSULTANTS, LLC, SES WINDING UP CORPORATION f/k/a SES ADVISROS, INC., SES ESOP STRATEGIES, LLC, as successor to SES ADVISORS, INC., BELLMARK PARTNERS, LLC, JOHN MARSH, LORI WENETTA, and RUBEN KLEIN,<br><br>    Defendants. | Civil Action No.: 1:20-cv-10523-LTS |

## NOTICE OF PENDING BANKRUPTCY

   PLEASE TAKE NOTICE that on September 13, 2021, Tri-Wire Engineering Solutions, Inc. ("Tri-Wire") filed a voluntary petition commencing a Chapter 11 case in the United States Bankruptcy Court for the District of Massachusetts, Case No. 21-11322-CJP (the "Bankruptcy Case"). As a result of the petition commencing the Bankruptcy Case, and pursuant to 11 U.S.C. § 362(a), this action is stayed as to claims for relief against Tri-Wire.

Dated: September 14, 2021          Respectfully submitted,

TRI-WIRE ENGINEERING
SOLUTIONS, INC.

*/s/ Timothy H. Madden*

Timothy H. Madden (BBO# 654040)
Nicholas J. Ramacher (BBO# 680258)
DONNELLY, CONROY & GELHAAR, LLP
260 Franklin Street, Suite 1600
Boston, Massachusetts 02110
(617) 720-2880 (T)
(617) 720-3554 (F)
thm@dcglaw.com
njr@dcglaw.com

## CERTIFICATE OF SERVICE

     I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified in the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on September 14, 2021.

                                     */s/ Timothy H. Madden*
                                       Timothy H. Madden